UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN PARFAIT                                    CIVIL ACTION

VERSUS                                           NUMBER: 10-00824

DAVID ARCENEAUX, ET AL.                          SECTION: "N"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against the defendants are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 5th day of May, 2010.

UNITED STATES DISTRICT JUDGE